Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounslors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>AUUISA STORE, INC. d/b/a WWW.DREAMBARBIEDOLL.COM d/b/a WWW.DREAMBARBIEDOLLS.COM d/b/a WWW.JINXXMAS.COM d/b/a WWW.MATTELBLACKFRIDAY.COM; SHENZHEN ALLISON TECHNOLOGY CO., LTD. d/b/a WWW.DREAMBARBIEDOLLS.COM d/b/a WWW.JINXXMAS.COM d/b/a WWW.MATTELBLACKFRIDAY.COM; SHENZHEN YANGDUAN TRADING CO., LTD. d/b/a WWW.DREAMBARBIEDOLL.COM d/b/a WWW.JINXXMAS.COM; WWW.DREAMBARBIEDOLL.COM; WWW.DREAMBARBIEDOLLS.COM; WWW.JINXXMAS.COM and WWW.MATTELBLACKFRIDAY.COM,<br><br>*Defendants* | **22-cv-561 (PKC)**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

WHEREAS the Court orders that this action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 15th day of February, 2022, at 3:45 p.m.
New York, New York

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE