UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTEL, INC.,

                            Plaintiff,                    22 cv 561 (PKC)

            -against-                                  ORDER

AUUISA STORE, INC.,
SHENZHEN ALLISON TECHNOLOGY, LTD. and
SHENZHEN YANGDUAN TRADING CO., LTD.,
each doing business under various names, et al.,

                            Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        Erin K. Russell (the "Attorney") has moved to withdraw as counsel for defendants AUUISA STORE, INC., SHENZHEN ALLISON TECHNOLOGY, LTD. and SHENZHEN YANGDUAN TRADING CO., LTD, each of whom are alleged to being doing business under various names listed in the Complaint, and www.dreambarbiedoll.com, www.dreambarbiedolls.com, www.jinxxmas.com and www.mattelblackfriday.com. (collectively the "DEFENDANTS"). The Attorney states that she has been asked to withdraw as counsel by the DEFENDANTS.

        The Court will grant the motion to withdraw and conduct a hearing on all pending matters on September 12, 2022 at 2:15 p.m. in Courtroom 11D, U.S. Courthouse, 500 Pearl Street, New York, NY.

        **DEFENDANTS ARE ADVISED THAT, BECAUSE THEY ARE NOT NATURAL PERSONS, THEY ARE NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT. DEFENDANTS SHALL CAUSE A NOTICE OF APPEARANCE TO BE FILED BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT ON OR BEFORE**

**SEPTEMBER 9, 2022 AND SAID ATTORNEY SHALL APPEAR AT THE SEPTEMBER 12, 2022, 2:15 P.M. HEARING. FAILURE TO COMPLY WILL RESULT IN STRIKING THE NON-APPEARING DEFENDANT'S ANSWER AND THE ENTRY OF A DEFAULT JUDGMENT AGAINST IT.**

The Attorneys shall forthwith serve each of the DEFENDANTS with a copy of this Order this Order and file an affidavit of service within five days of this Order.

Motion (Doc 46) is GRANTED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 17, 2022